IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

7:15-PO-74 (DEP)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    7:15-MJ-355(DEP) |
| | ) | |
| **v.** | ) | **Information** |
| | ) | |
| **HABIB MOHAMMED,** | ) | Violation:    8 U.S.C. § 1325(a)(1) |
| | ) |               [Entry Without Inspection] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:    St. Lawrence |

### THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
[**Entry Without Inspection**]

On or about September 27, 2015, in St. Lawrence County in the Northern District of New York, the defendant, **HABIB MOHAMMED**, an alien, entered the United States at a time and place other than as designated by immigration officers, that is, he entered the United States from Canada, at a point near Massena, New York, in violation of Title 8, United States Code, Section 1325(a)(1).

Dated: October 2, 2015               RICHARD S. HARTUNIAN
                                     United States Attorney

                  By:    */s/ Geoffrey J.L. Brown*
                         Geoffrey J.L. Brown
                         Assistant United States Attorney
                         Bar Roll No. 513495